**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**



| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff-Appellee,<br><br>v.<br><br>**DAVID ROSALES-AGUILAR,**<br><br>Defendant-Appellant. | No.  14-50315<br><br>D.C. No.<br>3:13-cr-03254-BTM-1<br><br>**MEMORANDUM**[*] |

Appeal from the United States District Court
for the Southern District of California
Barry Ted Moskowitz, Chief Judge, Presiding

Argued and Submitted September 1, 2015
Submission Withdrawn March 21, 2017
Resubmitted November 9, 2017
Pasadena, California

Before:     **KOZINSKI**, **O'SCANNLAIN** and **BYBEE**, Circuit Judges.

California Health and Safety Code section 11352(a) is divisible. United

States v. Martinez-Lopez, 864 F.3d 1034, 1043 (9th Cir. 2017) (en banc).  The

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

district court didn't err by enhancing Rosales's sentence.  See United States v. Rosales-Aguilar, 818 F.3d 965, 973 (9th Cir. 2016).

**AFFIRMED**.